Dean T. Kirby, Jr. (SBN 090114)
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Michelle L. Abrams (Nev. Bar No. 5565)
ABRAMS & TANKO LLLP
4750 West Flamingo Road, Suite B
Las Vegas, NV 89103
Telephone:  (702) 369-3724
Facsimile:   (702) 369-0651

Attorneys for Debt Acquisition Company
of America V, LLC and Eagle Investment Partners, L.P.
and Vindrauga Corporation

Entered on Docket
March 25, 2011

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ASSET RESOLUTION, LLC<br><br>Debtor. | Bankruptcy Case No. BK-S-09-32824-RCJ<br><br>Chapter 7<br><br>Jointly Administered with Case Nos.<br>BK-S-09-32831-RCJ; BK-S-09-32839-RCJ;<br>BK-S-09-32843-RCJ; BK-S-09-32844-RCJ;<br>BK-S-09-32846-RCJ; BK-S-09-32849-RCJ;<br>BK-S-09-32851-RCJ; BK-S-09-32853-RCJ;<br>BK-S-09-32868-RCJ; BK-S-09-32873-RCJ;<br>BK-S-09-32875-RCJ; BK-S-09-32878-RCJ;<br>BK-S-09-32880-RCJ; BK-S-09-32882-RCJ |
| Affects:<br><br>☐ All Debtors<br>☒ Asset Resolution, LLC, 09-32824<br>☐ Bundy 2.5 Million SPE, LLC, 09-32831<br>☐ Bundy Five Million SPE, LLC, 09-32839<br>☐ CFP Anchor B SPE, LLC, 09-32843<br>☐ CFP Cornman Toltec SPE, LLC, 09-32844<br>☐ CFP Gess SPE LLC, 09-32846<br>☐ CFP Gramercy SPE, LLC, 09-32849<br>☒ Fiesta Stoneridge, LLC, 09-32851<br>☐ Fox Hills SPE, LLC, 09-32853<br>☐ HFAH Monaco SPE LLC, 09-32868<br>☐ Huntsville SPE LLC, 09-32873<br>☐ Lake Helen Partners SPE LLC, 09-32875<br>☐ Ocean Atlantic SPE LLC, 09-32878<br>☐ Shamrock SPE LLC, 09-32880<br>☐ 10-90 SPE, LLC, 09-32882 | ORDER RE MOTION TO DISMISS<br>BANKRUPTCY CASE<br>(FIESTA STONERIDGE LLC)<br>(MOTION DOCKET ENTRY NO. 1040)<br><br>(RE-SUBMITTED AFTER REVISION)<br><br>DATE:   August 12, 2010<br>TIME:    1:00 p.m.<br>CTRM:   RCJ - Courtroom - TBD<br>             Lloyd D. George Courthouse<br>             333 Las Vegas Blvd. South<br>             Las Vegas, NV 89101  and<br><br>             RCJ - Courtroom 6<br>             Bruce R. Thompson Federal Building<br>             400 S. Virginia Street<br>             Reno, NV 89501<br><br>             Judge: Hon. Robert C. Jones |

1  On August 12, 2010, a hearing was held on the Motion to Dismiss Bankruptcy Case (Fiesta Stoneridge, LLC) filed on behalf of Debt Acquisition Company of America V, LLC Eagle Investment Partners, L.P. and Vindrauga Corporation (the "DACA Parties"). Dean T. Kirby, Jr., Kirby & McGuinn, A P.C., appeared for the moving parties. Jonathan S. Dabbieri and Elizabeth Stephens, Sullivan Hill Lewin Rez & Engel, appeared for William A. Leonard, Jr., Trustee (the "Trustee"), and Dean C. Waldt, Ballard Spahr, LLP, appeared for Carallas Holdings, Inc. ("Carallas").

Alternate versions of an Order on the motion were previously submitted, at the direction of the Court, on behalf of both DACA (See, DI 1245) and Carallas (See, DI 1246). Neither Order has been entered to date.

At a hearing held December 16, 2011 in relation to claims objections, at which both the DACA Parties and the Trustee were represented by counsel, the Court made certain rulings which modified its earlier ruling on the Motion, such that the submission of a new Order is appropriate.

The Court having considered the moving and opposition papers, the record in the above captioned case and the argument of counsel,

THE COURT HEREBY FINDS AND CONCLUDES AS FOLLOWS:

A.  Cause exists to dismiss Bankruptcy Case No. BK-S-09-32851-RCJ (*In re Fiesta Stoneridge, LLC*).

B.  Upon dismissal, Vindrauga Corporation and the Debtor Fiesta Stoneridge, SPE LLC shall continue to hold the subject real property in trust for, and subject to a fiduciary duty to, the former beneficiaries of the Fiesta Stoneridge deed of trust.

IT IS HEREBY ORDERED:

1.  The bankruptcy case of *In re Fiesta Stoneridge, LLC,* No.BK-S-09-32851-RCJ, is hereby dismissed.

2.  This Court retains jurisdiction to interpret and enforce all orders entered in the bankruptcy case, to determine claims objections and to determine the amount of an appropriate bond, escrow fund or other mutually acceptable arrangement to pay claims after dismissal, if not agreed upon by the parties.

1

ORDER RE MOTION TO DISMISS BANKRUPTCY CASE (FIESTA STONERIDGE)

3.    Notice of Entry of this Order shall be served on all parties who were served with the Motion to Dismiss.

IT IS SO ORDERED.

DATE: March 25, 2011

_____
UNITED STATES DISTRICT JUDGE

Pursuant to Bankruptcy Local Rule 9021, counsel submitting this document certifies as stated below.

PREPARED AND SUBMITTED BY:

KIRBY & McGUINN, A P.C.


By: /s/ Dean T. Kirby, Jr.
Dean T. Kirby, Jr.
Attorneys for Debt Acquisition Company of America V, LLC; Eagle Investment Partners, L.P.; and Vindrauga Corporation

APPROVED AS TO FORM:

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation


By: APPROVED
Jonathan S. Dabbieri
Attorneys for William A. Leonard, Jr., Trustee

LR 9021 CERTIFICATION APPEARS BELOW

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2
ORDER RE MOTION TO DISMISS BANKRUPTCY CASE (FIESTA STONERIDGE)

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___    The court has waived the requirement of approval under LR 9021.

_X_    This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| COUNSEL / UNREPRESENTED PARTY | RESPONSE |
|---|---|
| Jonathan S. Dabbieri | APPROVED |
| Dean C. Waldt | N/A Opposition Withdrawn |
|  |  |

___    This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___    I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

3
ORDER RE MOTION TO DISMISS BANKRUPTCY CASE (FIESTA STONERIDGE)